FILED
OCT 21 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:26CR518 ZMB/RHH |
| JALYSA WASHINGTON, | ) | |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(7 U.S.C. § 2024(b): Food Stamp Fraud)**

Beginning at least as early as September 2023 through in or about August 2026, in the Eastern District of Missouri, the defendant,

**JALYSA WASHINGTON,**

knowingly used, acquired and possessed Supplemental Nutrition Assistance Program (SNAP) benefits, of a value of $5,000 or more, in a manner contrary to statutes and regulations governing the SNAP program, including those not authorized by Chapter 51 of Title 7, United States Code, in that the defendant failed to report her income on her SNAP benefit applications and submitted falsified employment documents with her applications in order to conceal her income.

All in violation of Title 7, United States Code, Section 2024(b).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 7, United States Code, Section 2024(b), the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said offense. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

2. If any of the property described above, as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
JOLENE TAAFFE 56946 MO
Special Assistant United States Attorney